NUMBERS 13-07-500-CR and 13-07-501-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


________________________________________________________


AMY NEEDHAM, Appellant,


v.



THE STATE OF TEXAS, Appellee.

________________________________________________________


On appeal from the 148th District Court 


of Nueces County, Texas.


________________________________________________________


MEMORANDUM OPINION



 Before Chief Justice Valdez and Justices Rodriguez and Benavides

Memorandum Opinion Per Curiam



 Appellant, AMY NEEDHAM, perfected appeals from judgments entered by the 
148th District Court of Nueces County, Texas, in cause numbers 05-CR-3632-E and 06-CR-4556-E. Appellant has filed a motion to withdraw notices of appeal. The motion
complies with Tex. R. App. P. 42.2(a).

 The Court, having considered the documents on file and appellant's motion to
withdraw notices of appeal, is of the opinion that appellant's motion to withdraw notices of
appeal should be granted. Appellant's motion to withdraw notices of appeal is granted, and
the appeals are hereby DISMISSED.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.2(b).


Memorandum Opinion delivered and 

filed this 4th day of October, 2007.